UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Kami Jo Nelson,

Plaintiffs,

vs. ORDER OF RECUSAL

General Electric Company, being sued as General Electric Company, Inc.,

Defendant. Civ. No. 00-1805(PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of October, 2000.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Franklin L. Noel for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 00-1805 PAM/SRN

Use this case number for all further filings.