ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court File No. 00 CV 1805 PAM/SRN

Kami Jo Nelson,

Plaintiff,

vs.

General Electric Company, Inc.,

**STIPULATION AND ORDER TO EXTEND DISCOVERY**

Defendant and
Third-Party Plaintiff,

vs.
Joyce Carlson's Kitchen, Inc.,

Third-Party Defendant.

---

The parties above-named, by and through their respective attorneys, hereby stipulate and agree that the discovery schedule in the above matter maybe amended, as follows:

| | |
|---|---|
| September 1, 2001 | Plaintiff's Expert Disclosure Deadline |
| October 1, 2001 | Defendant's Disclosure Deadline |
| December 1, 2001 | Discovery Deadline and Non-Dispositive Motion Deadline |

HUNEGS, STONE, LeNEAVE, KVAS & THORNTON, P.A.

Dated: 7/11/01

Steven M. Hunegs MN ID 0207524
ATTORNEYS FOR PLAINTIFF
1650 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-4511

FILED JUL 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

104351a1

GARTNER, BENNETT & SCHUPP, PC

Dated: 7-12-01

Timothy Schupp, MN ID 130837
ATTORNEYS FOR GE
One Financial Plaza, Suite 2200
120 south Sixth Street
Minneapolis, MN 55402-1824.

**ORDER**

Pursuant to the foregoing Stipulation, the discovery dates in the above-entitled action are hereby amended, as follows:

| | |
|---|---|
| September 1, 2001 | Plaintiff's Expert Disclosure Deadline |
| October 1, 2001 | Defendant's Disclosure Deadline |
| December 1, 2001 | Discovery Deadline and Non-Dispositive Motion Deadline |

Dated: This 16th day of July, 2001.

BY THE COURT:

Susan Richard Nelson

Magistrate Judge, United States District Court

No further extensions will be granted

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500