UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kami Jo Nelson,<br><br>Plaintiff,<br><br>vs.<br><br>General Electric Company, Inc.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>vs.<br><br>Joyce Carlson's Kitchen, Inc.,<br><br>Third-Party Defendant. | Court File No. 00-CV-1805 PAM/SRN<br><br>**NOTICE OF WAIVER OF SUBROGATION, DISMISSAL STIPULATION AND ORDER FOR DISMISSAL** |

**PLEASE TAKE NOTICE**, that Tri-State Insurance Company of Minnesota, an affiliate of Continental Western Group, hereby waives its workers' compensation subrogation claim herein with respect to plaintiff's workers' compensation claims against policy number WC5212920 (date of loss: July 9, 1999) issued to third-party defendant Joyce Carlson's Kitchen, Inc., pursuant to Minn. Stat. sec. 176.061, subd. 11, and the common law.

**IN VIEW OF THE FOREGOING**, it is hereby stipulated and agreed by and between the parties hereto, by their respective undersigned attorneys, that pursuant to an amicable adjustment of the issues herein, the above-entitled third-party action may be and hereby is dismissed with prejudice and on the merits, but without costs or disbursements to any party, and that a judgment of dismissal of the third-party action with prejudice and on the merits may be entered in the above-entitled action.

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 23 2001
DEPUTY CLERK

This stipulation dismisses with prejudice the claims that were raised or could have been raised in the December 14, 2000, Third-Party Complaint only; and does not in any way affect the causes of action of plaintiff against defendant.

Dated: ~~May~~ June 20, 2001

Tri-State Insurance Company of Minnesota,
an affiliate of Continental Western Group

By: Kathy Schadwinkel
Its: Authorized Claims Representative
P.O. Box 500
Luverne, MN 56156-0500
(800) 533-0303

Dated: ~~May~~ July 10, 2001

Gartner, Bennett & Schupp, PC

Timothy R. Schupp, I.D. No. 130837
Attorneys for Third-Party Plaintiff
One Financial Plaza, Suite 2200
120 South Sixth Street
Minneapolis, MN 55402-1824
(612) 333-3839

Dated: ~~May~~ July 2, 2001

Lind, Jensen, Sullivan & Peterson
A Professional Association

Thomas D. Jensen, I.D. No. 50179
Attorneys for Third-Party Defendant
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402-4217
(612) 333-3637

**ORDER FOR DISMISSAL**

Upon the foregoing Stipulation of Dismissal with Prejudice, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Clerk of Court is hereby ordered and directed to enter

forthwith judgment dismissing the December 14, 2000, Third-Party Complaint, with prejudice and on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: July 23, 2001

Honorable ~~Susan Richard Nelson~~ Paul A. Magnuson
~~United States Magistrate Judge~~
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500